**UNSEALED PER ORDER OF COURT**

~~SEALED~~


FILED
NOV 08 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**18MJ5779**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICENTE ZADOC LOPEZ PALOMARES (1),<br>　　aka Chaco,<br>DIANA GALLARDO GUERRERO (2),<br><br>　　　　Defendants. | Case No. _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Secs. 841(a)(1) Possession of Methamphetamine with Intent to Distribute (Felony); Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

The undersigned complainant being duly sworn states:

Count 1

On or about July 26, 2018, within the Southern District of California, defendants VICENTE ZADOC LOPEZ PALOMARES, aka Chaco, and DIANA GALLARDO GUERRERO, did knowingly and intentionally possess with intent to distribute more than 50 grams of methamphetamine (actual), to wit: approximately 217.4 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section & 2.

//

//

IVY

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
MICHAEL J. ROD
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, this ____ day of November, 2018.

_____
HON. ROBERT A. MCQUAID
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

Starting in December 2017, the Federal Bureau of Investigation (FBI) and San Diego County Sheriff's Department (SDSD) started an operation to investigate methamphetamine distribution in the San Diego area. The investigation included the use of district judge authorized Title III intercepts on certain cell phones, including a phone used by A.B. Based on wire intercepts, surveillance, and court authorized vehicle-tracking warrants, investigators identified Defendant VICENTE ZADOC LOPEZ PALOMARES, aka Chaco, as a Mexico-based source of supply of methamphetamine.

On July 26, 2018, at approximately 5:00 p.m., a marked Sherriff's unit stopped a black Dodge Caliber being driven by LOPEZ at the request of our investigation and for traffic violations. Deputies approached the vehicle and saw that there were two passengers, later identified as Defendant DIANA GALLARDO GUERRERO and Sinay Lopez, LOPEZ' sister. When asked if he had anything illegal on him, LOPEZ said, "I'm going to be honest with you, I have meth in my pocket" and consented to a search of his person. LOPEZ had approximately 104 grams of methamphetamine in his left pocket and said there was more in his girlfriend's purse. Deputies found approximately 230 grams of methamphetamine in a freezer bag in GUERRERO's purse. The substance in the freezer bag was analyzed by a DEA laboratory and found to be 217.4 grams of methamphetamine (actual).

A deputy asked GUERRERO about the methamphetamine and she told investigators LOPEZ handed her the methamphetamine when they were being pulled over and asked her to hide it. GUERRERO said they had crossed into the United States from Mexico an hour before being stopped and LOPEZ had the freezer bag with him when they entered the United States.

Deputies asked LOPEZ about the methamphetamine and he told investigators they crossed in from Mexico an hour earlier and an unknown Hispanic male on the streets of San Ysidro had handed him the freezer bag.

Sinay Lopez told deputies they crossed in from Mexico and had driven straight to a self-storage facility, where LOPEZ went to a storage locker.

Investigators were already familiar with the self-storage facility and arrested LOPEZ and GUERRERO. Deputies seized a key for a storage locker from LOPEZ upon his arrest.

In a video-recorded post-arrest statement, LOPEZ admitted a storage locker at the self-storage facility could have methamphetamine, a scale, and baggies but said they were not his. LOPEZ said a man in Mexico had given him the storage key so he could store items in the locker.

In a video-recorded post-arrest statement, GUERRERO said she wanted to correct her earlier statement and they had crossed from Mexico and stopped at a storage facility where LOPEZ keeps tires to pick up a tire. GUERRERO said she also stores items she sells at swap meets in the storage locker. GUERRERO said she did not know whether there were more drugs in the storage unit. GUERRERO said she did not discuss LOPEZ' business with him. GUERRERO also said she believed LOPEZ picked up the freezer bag of narcotics from the storage locker.

On July 26, 2018, investigators executed a search warrant at Import Storage, 1575 Howard Avenue, San Ysidro, California. The key from LOPEZ worked on storage locker B3-5. In the locker was drug-packaging material, two digital scales, approximately 10 ziplock bags containing a combined 12 pounds of methamphetamine and a bale of marijuana. The locker also contained one vehicle tire and a bag of old clothes.