ADAM L. BRAVERMAN
Acting United States Attorney
MATTHEW BREHM
Assistant U.S. Attorney
California Bar No.: 239288
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8983
Fax: (619) 546-0831
Email: matthew.brehm@usdoj.gov

Attorneys for the United States

FILED
NOV 0 8 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNSEALED PER ORDER OF COURT

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

18MJ5779

| UNITED STATES OF AMERICA, Plaintiff, v. VICENTE ZADOC LOPEZ PALOMARES (1), aka Chaco, DIANA GALLARDO GUERRERO (2), Defendants. | No. APPLICATION FOR ORDER SEALING COMPLAINT AND ARREST WARRANTS, ACCOMPANYING MATERIALS, AND THIS APPLICATION AND SEALING ORDER **UNDER SEAL** |
|---|---|

The United States of America, by its counsel, moves to seal the 1) Complaint and Arrest Warrants, 2) Accompanying Materials, and 3) this Application and Order in the above-captioned matter. These documents disclose an ongoing covert investigation. Disclosure in the public record at this time likely would cause the targets to flee to avoid prosecution, destroy or discard evidence, and otherwise seriously jeopardize the investigation.

//

//

1  DATED: November 8, 2018

2
   Respectfully submitted,
3
                              ADAM L. BRAVERMAN
4                             United States Attorney

5                             _____
                              MATTHEW BREHM
6                             Assistant U. S. Attorney

7
       IT IS HEREBY ORDERED that the complaint, arrest warrant, and
8
   its accompanying materials, as well as this application and this
9
   Order, are sealed until otherwise ordered by the Court.
10

11
12 Dated: November 8, 2018

13                            _____
14                            HON. ROBERT A. MCQUAID
                              UNITED STATES MAGISTRATE JUDGE