FILED

18 DEC 11 PM 3:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VPC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 18 CR 5318 AJB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Title 21, U.S.C., Secs. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| VICENTE ZADOC LOPEZ PALOMARES (1), aka Chaco, DIANA GALLARDO GUERRERO (2), | |
| Defendants. | |

The grand jury charges:

On or about July 26, 2018, within the Southern District of California, defendants VICENTE ZADOC LOPEZ PALOMARES, aka Chaco, and DIANA GALLARDO GUERRERO, did knowingly and intentionally possess with intent to distribute 50 grams and more, to wit: approximately 217.4 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: December 11, 2018.

A TRUE BILL:

/s/ Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: /s/
MATTHEW BREHM
Assistant U.S. Attorney

MCB:nlv:San Diego:12/11/18