```
                                                              FILED

                                                          18 DEC 11 PM 3:05

                UNITED STATES DISTRICT COURT            CLERK, U.S. DISTRICT COURT
                                                       SOUTHERN DISTRICT OF CALIFORNIA

                SOUTHERN DISTRICT OF CALIFORNIA     BY:    VPC
                                                                          DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VICENTE ZADOC LOPEZ PALOMARES, et al.,<br>　aka Chaco,<br><br>　　　　　　Defendants. | Case No. **18CR5318 AJB**<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Steven Edward Moncrief, aka Scooter, et al.</u>, Case No. 18CR **5317-AJB**, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

　　\_\_\_\_\_ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

　　__X__ (2) Prosecution against different defendants arises from:

　　　　__X__ (a) A common wiretap

　　　　\_\_\_\_\_ (b) A common search warrant

　　　　\_\_\_\_\_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: December 11, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　For / ADAM L. BRAVERMAN
　　　　　　　　　　　　　　　　　　　　　United States Attorney