ADAM L. BRAVERMAN
United States Attorney
MATTHEW BREHM
Assistant U.S. Attorney
California Bar No.: 239288
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8983
Email: Matthew.Brehm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18CR5318-AJB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| VICENTE ZADOC LOPEZ PALOMARES *also known as* Chaco, et al., | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

/ / /

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

NONE.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

NONE.

Please call me if you have any questions about this notice.

DATED:   December 17, 2018                                  Respectfully submitted,

                                              <u>/s/ Matthew Brehm      </u>
                                              MATTHEW BREHM
                                              Assistant United States Attorney
                                              United States of America

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICENTE ZADOC LOPEZ PALOMARES *also known as* Chaco, et al.,<br><br>　　　　Defendants. | Case No.: 18CR5318-AJB<br><br>**CERTIFICATE OF SERVICE** |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

　　I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by:

- ■ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

- □ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.

- □ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:

Executed on December 17, 2018.

　　　　　　　　　　　　　　　　*/s/ Matthew Brehm*
　　　　　　　　　　　　　　　　MATTHEW BREHM
　　　　　　　　　　　　　　　　Assistant United States Attorney

3